CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/14/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **TERESA MOREY,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 6:19cv24 |
| ) | |
| v. ) | |
| ) | |
| **AVANTE AT LYNCHBURG, INC. et al,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The parties informed the Court that they settled this matter and request that the Court stay the case to allow for performance of the settlement terms. Having discussed the matter with the parties, and finding good cause to do so, the case is hereby **STAYED.** The parties are **DIRECTED** to submit status updates to the Court on August 30, 2020 and November 30, 2020. It is **SO ORDERED**.

Entered: April 14, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge