UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

TERESA MOREY,

            Plaintiff,

v.                                        Case No. 6:19-CV-24

AVANTE AT LYNCHBURG, INC.,
AVANTE GROUP, INC.,
CURIS AT LYNCHBURG OPCO, LLC,
d/b/a CURIS AT LYNCHBURG NURSING AND
REHABILITATION CENTER,
CURIS AT LYNCHBURG PROPCO, LLC,
CURIS HEALTH SYSTEMS, LLC,
SENTOSACARE, LLC,

            Defendants.

**STIPULATION OF DISMISSAL OF CURIS/SENTOSA DEFENDANTS ONLY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Teresa Morey and Defendants Avante at Lynchburg, Inc., Avante Group, Inc., Curis at Lynchburg Opco, LLC, Curis at Lynchburg Propco, LLC, Curis Health Systems, LLC, and SentosaCare, LLC, by counsel, stipulate to the dismissal of the following four parties only (the "Curis/Sentosa Defendants"), with prejudice:

- Curis At Lynchburg Opco, LLC;
- Curis At Lynchburg Propco, LLC;
- Curis Health Systems, LLC; and
- SentosaCare, LLC

This dismissal does not apply to the Avante Defendants (Avante at Lynchburg, Inc. and Avante Group, Inc.). Plaintiff is proceeding with her claims against the Avante Defendants.

Respectfully submitted,

<u>/s/Timothy Coffield</u>
Timothy Coffield (VSB 83430)
COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com
*Counsel for Plaintiff Teresa Morey*

<u>/s/Laura D. Windsor</u>
Laura D. Windsor
Virginia State Bar No. 70354
WILLIAMS MULLEN
P.O. Box 1320
Richmond, Virginia 23219
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com
*Counsel for Curis / Sentosa Defendants*

<u>/s/Nathan H. Schnetzler</u>
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax: 540/772-9167
Email: nschnetzler@faplawfirm.com
*Counsel for Avante Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Timothy Coffield
Counsel for Plaintiff