UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

---

TERESA MOREY,

                Plaintiff,

v.                                              Case No. 6:19-CV-24

AVANTE AT LYNCHBURG, INC.,
AVANTE GROUP, INC.,

                Defendants.

---

## JOINT NOTICE OF STATUS UPDATE

Pursuant to the Court's Order dated April 14, 2020 (DN 69), Plaintiff Teresa Morey and Defendants Avante at Lynchburg, Inc., and Avante Group, Inc. (the "Parties") hereby submit this status update. As of today's date, the Parties are continuing to perform the settlement terms. The parties request that the matter continue to be stayed (DN 69) to allow for performance of the remaining settlement terms. The parties will submit a subsequent status update on or before November 30, 2020 pursuant to the Court's April 14 Order.

Respectfully submitted,

| | |
|---|---|
| /s/Timothy Coffield | /s/Nathan H. Schnetzler |
| Timothy Coffield (VSB 83430) | Nathan H. Schnetzler (VSB #: 86437) |
| COFFIELD PLC | FRITH ANDERSON + PEAKE, P.C. |
| 106-F Melbourne Park Circle | 29 Franklin Road, SW |
| Charlottesville, VA 22901 | P.O. Box 1240 |
| P: (434) 218-3133 | Roanoke, Virginia 24006-1240 |
| F: (434) 321-1636 | Phone: 540/772-4600 |
| tc@coffieldlaw.com | Fax: 540/772-9167 |
| *Counsel for Plaintiff Teresa Morey* | Email: nschnetzler@faplawfirm.com |
| | *Counsel for Avante Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Timothy Coffield
Counsel for Plaintiff