CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/26/2020

JULIA C. DUDLEY, CLERK
BY:   s/ A. Little
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

TERESA MOREY,

*Plaintiff*,

v.

AVANTE AT LYNCHBURG., *et al.*,

*Defendants.*

CASE NO. 6:19-cv-00024

ORDER

JUDGE NORMAN K. MOON

Plaintiff Teresa Morey has filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) advising that the parties agree that this action shall be dismissed with prejudice. Dkt. 74. Accordingly, by agreement of the parties, the Court hereby **ORDERS** that this action is **DISMISSED WITH PREJUDICE** as to all claims and parties, with each party bearing its own attorney's fees and costs.

The Clerk of Court is **DIRECTED** to **STRIKE** this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this ____26th____ day of October, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1